Richard C. Norton, Esq. (Cal. Bar No. 135024)
NORTON MOORE & ADAMS, LLP
525 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-8200
Facsimile: (619) 231-7595

Attorneys for Gerald H. Davis, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MICHAEL WAYNE CROW,<br><br>Debtor. | CASE NO. 10-00978-LT7 |
| GERALD H. DAVIS, TRUSTEE,<br><br>Plaintiff,<br>v.<br><br>M.W. CROW FAMILY, L.P., a California limited partnership; DAVID LEHN, TRUSTEE for The Crow 2001 Children Trust created October 31, 2001, for the benefit of Michelle Lee Crow, Olivia Trevor Crow, Spencer Michael Crow, Duncan Howard Crow; TREVOR CROW, an individual; DUNCAN CAPITAL GROUP, LLC, a Delaware limited liability company; DCI MASTER, LDC, a Cayman Island corporation; DUNCAN CAPITAL PARTNERS, LTD, a Cayman Island corporation; DUNCAN CAPITAL PARTNERS, LLC, a Delaware limited liability company; DC ASSOCIATES, LLC, a Delaware limited liability company; DCI MASTER LDC, LLC, a Florida limited liability company; MOSD HOLDINGS, LLC, a Delaware limited liability company; MICHELLE CROW, also known as Michelle Wasserman); BILTMORE INVESTMENTS, LLC, a Nevada limited company; | Adversary No. 12-90030-LT7<br><br>**DECLARATION OF RICHARD C. NORTON IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS**:<br>(1) M.W. CROW FAMILY, L.P.;<br>(2) DUNCAN CAPITAL GROUP, LLC;<br>(3) DCI MASTER, LDC;<br>(4) DUNCAN CAPITAL PARTNERS, LTD;<br>(5) DUNCAN CAPITAL PARTNERS, LLC;<br>(6) DC ASSOCIATES, LLC;<br>(7) DCI MASTER LDC, LLC;<br>(8) BILTMORE INVESTMENTS, LLC;<br>(9) EDEN MARKETING, LLC;<br>(10) MC2 SQUARED, INC.;<br>(11) BILTMORE INVESTMENT GROUP, LLC;<br>(12) THE CORSAIR GROUP 1, INC.;<br>(13) DRAKE INVESTMENTS LTD.;<br>(14) CMG HOLDINGS, LLC;<br>(15) GENESIS TODAY, INC.;<br>(16) GENESIS PURE, INC.; and<br>(17) CLYDESDALE PARTNERS II, LLC<br><br>Dept: Three<br>Honorable Laura S. Taylor |

EDEN MARKETING, LLC, a Nevada limited liability company; MC2 SQUARED, INC., a Nevada corporation; BILTMORE INVESTMENT GROUP, LLC, a Florida limited liability company; THE CORSAIR GROUP 1, Inc., a Florida corporation, doing business as The Corsair Group; DRAKE INVESTMENTS LTD., a Turks and Caicos entity of unknown form; MICHAEL W. CROW, an individual and the debtor in this matter; LIGHTSTORM INTERNATIONAL, INC.; an entity of unknown form and origin; VATCHE CHORBAJIAN, an individual; CMG HOLDINGS, LLC, a Delaware limited liability company; GENESIS TODAY, INC., a corporation of unknown form and origin; GENESIS PURE, INC., a Delaware corporation; and CLYDESDALE PARTNERS II, LLC, an entity of unknown form and origin;

Defendants.

I, Richard C. Norton, declare as follows:

1. I am an attorney at law and a member of the bar of this court. I represent Gerald H. Davis, Trustee, Chapter 7 bankruptcy trustee in the above-captioned bankruptcy proceeding. I am duly licensed to practice law before this court and all courts in the State of California. All information contained herein is within my personal knowledge and if called as a witness, I could and would competently testify thereto.

2. On January 22, 2010, the debtor, Michael Wayne Crow ("debtor"), filed with this Court a petition for relief pursuant to the provisions of Chapter 7 of Title 11, United States Bankruptcy Code.

3. On January 20, 2012, Gerald H. Davis, Trustee, filed a complaint for avoidance and recovery of fraudulent transfers, post-petition transfer and objection to claims ("Complaint") entitled *Gerald H. Davis, Trustee, v. M.W. Crow Family L.P., et al.*, U.S.B.C., S.D., Cal., Adversary Proc. No. 12-90030-LT7 (hereinafter the "Adversary Proceeding").

///

4.  On January 20, 2012, this court issued the Summons against the defendants in this Adversary Proceeding.

5.  On June 13, 2012, Gerald H. Davis, Trustee, filed a first amended complaint **in the Adversary Proceeding** for avoidance and recovery of fraudulent transfers, preferences, post-petition transfer, turnover of property of the estate and disallowance of claims ("First Amended Complaint") against all defendants, including but not limited to the following:

(1)  M.W. CROW FAMILY, L.P., a California limited partnership;
(2)  DUNCAN CAPITAL GROUP, LLC, a Delaware limited liability company;
(3)  DCI MASTER, LDC, a Cayman Island corporation;
(4)  DUNCAN CAPITAL PARTNERS, LTD, a Cayman Island corporation;
(5)  DUNCAN CAPITAL PARTNERS, LLC, a Delaware limited liability company;
(6)  DC ASSOCIATES, LLC, a Delaware limited liability company;
(7)  DCI MASTER LDC, LLC, a Florida limited liability company;
(8)  BILTMORE INVESTMENTS, LLC, a Nevada limited company;
(9)  EDEN MARKETING, LLC, a Nevada limited liability company;
(10) MC2 SQUARED, INC., a Nevada corporation;
(11) BILTMORE INVESTMENT GROUP, LLC, a Florida limited liability company;
(12) THE CORSAIR GROUP 1, Inc., a Florida corporation, doing business as The Corsair Group;
(13) DRAKE INVESTMENTS LTD., a Turks and Caicos entity of unknown form;
(14) CMG HOLDINGS, LLC, a Delaware limited liability company;
(15) GENESIS TODAY, INC., a corporation of unknown form and origin;
(16) GENESIS PURE, INC., a Delaware corporation; and
(17) CLYDESDALE PARTNERS II, LLC, an entity of unknown form and origin.

(hereinafter referred to as the "Defaulted Defendants").

6. On June 14, 2012, this court issued an Alias Summons against all defendants in this case, including but not limited to the Defaulted Defendants.

7. On June 14, 2012, the Alias Summons and the First Amended Complaint were served upon all named defendants, including the Defaulted Defendants, by first class mail to the last known mailing addresses for each defendant pursuant to Rule 7004(h) of the Federal Rules of Bankruptcy Procedure ("F.R.B.P."). I am informed and believe that the Defaulted Defendants are not represented by counsel in this Adversary Proceeding.

8. Thirty (30) days have passed since the issuance of the Alias Summons and the Defaulted Defendants have not filed or served a responsive pleading.

9. As of the date of this declaration, I have not received any responsive pleading or answer to the Complaint or the First Amended Complaint from any of the Defaulted Defendants. Furthermore, based upon my review of the docket in this matter, the Defaulted Defendants have failed to file any responsive pleading to the Complaint or the First Amended Complaint in this matter within the thirty (30) days of issuance of the Alias Summons as required under Rule 7012 of the F.R.B.P.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 31, 2012, at San Diego, California.

/s/ Richard C. Norton

Richard C. Norton

**PROOF OF SERVICE**

I, Natasha Huitt, declare that: I am over the age of 18 and not a party to the within action; I am employed in the County of San Diego, California where the service occurs; and my business address is 525 B Street, Suite 1500, San Diego, California.

On August 31, 2012, I served the foregoing document(s) described as:

**DECLARATION OF RICHARD C. NORTON IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS**

on all interested parties to this action by placing true copies thereof enclosed in sealed envelopes addressed as shown below:

M.W. CROW FAMILY, L.P.
3467 WESTERN SPRINGS RD
ENCINITAS, CA 92024-5711

M.W. CROW FAMILY, L.P.
c/o TODD CURRY, ESQ.
CURRY & ASSOCIATES
525 B STREET, SUITE 1500
SAN DIEGO, CA 92101

M.W. CROW FAMILY, L.P.
c/o MICHAEL CROW
465 BRICKELL AVENUE, UNIT 2302
MIAMI, FL 33131

MOSD HOLDINGS, LLC
1201 ORANGE STREET, SUITE 600
ONE COMMERCE CENTER
WILMINGTON, DELAWARE, 19801

MOSD HOLDINGS, LLC
c/o TREVOR CROW
63 SOUTHPORT GREEN
SOUTHPORT, CT 06890

MOSD HOLDINGS, LLC
c/o TIMOTHY J. TRUXAW
SLATER & TRUXAW, LLP
15373 INNOVATION DRIVE, SUITE 210
SAN DIEGO, CA 92128

MOSD HOLDINGS, LLC
c/o DAVID LEHN, TRUSTEE
JOHN FARNSWORTH, ESQ.
WITHERS AND BERGMAN
157 CHURCH STREET
NEW HAVEN, CT 06510

///

///

MOSD HOLDINGS, LLC
c/o VATCHE CHORBAJIAN, ESQ.
LAW OFFICE OF VATCHE CHORBAJIAN
12707 HIGH BLUFF DRIVE, SUITE 100
SAN DIEGO, CA 92130

DAVID LEHN, TRUSTEE FOR THE CROW 2001 CHILDREN TRUST
c/o JOHN FARNSWORTH, ESQ.
WITHERS AND BERGMAN
157 CHURCH STREET
NEW HAVEN, CT 06510

TREVOR CROW
63 SOUTHPORT PL 63
FAIRFIELD, CT 06890

TREVOR CROW
c/o TIMOTHY J. TRUXAW
SLATER & TRUXAW, LLP
15373 INNOVATION DRIVE, SUITE 210
SAN DIEGO, CA 92128

TREVOR CROW
c/o AIMEE J. WOOD, ESQ.
PULLMAN & COMLEY, LLC
850 MAIN STREET
P.O. BOX 7006
BRIDGEPORT, CT 06601-7006

EDEN MARKETING, LLC
1802 N CARSON ST STE 108
CARSON CITY, NV 89701-1227

EDEN MARKETING, LLC
c/o MICHELLE CROW
PO BOX 676240
RANCHO SANTA FE, CA 92067

MC2 SQUARED, INC.
1802 N CARSON ST STE 108
CARSON CITY, NV 89701-1227

MC2 SQUARED, INC.
PO BOX 2547
RANCHO SANTA FE, CA 92067

MC2 SQUARED, INC.
c/o DAVID LEHN, TRUSTEE FOR THE CROW 2001 CHILDREN TRUST
JOHN FARNSWORTH, ESQ.
WITHERS AND BERGMAN
157 CHURCH STREET
NEW HAVEN, CT 06510

///

///

MC2 SQUARED, INC.
c/o MICHELLE CROW
PO BOX 676240
RANCHO SANTA FE, CA 92067

MICHELLE CROW
15608 VIA DE SANTA FE APT 67624
RANCHO SANTA FE, CA 92067

MICHELLE CROW
PO BOX 676240
RANCHO SANTA FE, CA 92067

MICHELLE CROW
468 NORTH CAMDEN DRIVE, SUITE 200
BEVERLY HILLS, CA 90210

BILTMORE INVESTMENTS, LLC
5348 VEGAS DR
LAS VEGAS, NV 89108-2347

BILTMORE INVESTMENTS, LLC
c/o MICHELLE CROW
PO BOX 676240
RANCHO SANTA FE, CA 92067

BILTMORE INVESTMENTS, LLC
465 BRICKELL AVENUE, UNIT 2302
MIAMI, FL 33131

BILTMORE INVESTMENTS GROUP, LLC
c/o ALEXANDRE CLUG
900 BISCAYNE BOULEVARD, APT 3307
MIAMI, FL 33132-1561

DCI MASTER, LDC
c/o ALEXANDRE CLUG
900 BISCAYNE BOULEVARD, APT 3307
MIAMI, FL 33132

DCI MASTER, LDC
c/o MICHAEL CROW
465 BRICKELL AVENUE, UNIT 2302
MIAMI, FL 33131

DCI MASTER LDC, LLC
150 WATERS EDGE DR
JUPITER, FL 33477-4031

DCI MASTER LDC, LLC
c/o ALEXANDRE CLUG
900 BISCAYNE BOULEVARD, APT 3307
MIAMI, FL 33132

///

DCI MASTER LDC, LLC
c/o MICHAEL CROW
465 BRICKELL AVENUE, UNIT 2302
MIAMI, FL 33131

DC ASSOCIATES, LLC
420 LEXINGTON AVENUE, SUITE 450
NEW YORK, NY 10017

DC ASSOCIATES, LLC
c/o MICHAEL CROW
465 BRICKELL AVENUE, UNIT 2302
MIAMI, FL 33131

DC ASSOCIATES, LLC
c/o ALEXANDRE CLUG
900 BISCAYNE BOULEVARD, APT 3307
MIAMI, FL 33132

DUNCAN CAPITAL PARTNERS, LLC
830 THIRD AVENUE
NEW YORK, NY 10022

DUNCAN CAPITAL PARTNERS, LLC
c/o MICHAEL CROW
465 BRICKELL AVENUE, UNIT 2302
MIAMI, FL 33131

DUNCAN CAPITAL PARTNERS, LLC
c/o ALEXANDRE CLUG
900 BISCAYNE BOULEVARD, APT 3307
MIAMI, FL 33132

DUNCAN CAPITAL GROUP, LLC
80 STATE STREET
ALBANY, NY 12207

DUNCAN CAPITAL GROUP, LLC
c/o MICHAEL CROW
465 BRICKELL AVENUE, UNIT 2302
MIAMI, FL 33131

DUNCAN CAPITAL GROUP, LLC
c/o ALEXANDRE CLUG
900 BISCAYNE BOULEVARD, APT 3307
MIAMI, FL 33132

DUNCAN CAPITAL PARTNERS, LTD
c/o MICHAEL CROW
465 BRICKELL AVENUE, UNIT 2302
MIAMI, FL 33131

///

///

DUNCAN CAPITAL PARTNERS, LTD
c/o ALEXANDRE CLUG
900 BISCAYNE BOULEVARD, APT 3307
MIAMI, FL 33132

THE CORSAIR GROUP 1, INC.
c/o ALEXANDRE CLUG
900 BISCAYNE BOULEVARD, APT 3307
MIAMI, FL 33132

MICHAEL CROW
465 BRICKELL AVENUE, UNIT 2302
MIAMI, FL 33131

MICHAEL CROW
c/o TODD CURRY, ESQ.
CURRY & ASSOCIATES
525 B STREET, SUITE 1500
SAN DIEGO, CA 92101

VATCHE CHORBAJIAN, ESQ.
LAW OFFICE OF VATCHE CHORBAJIAN, ESQ.
12707 HIGH BLUFF DRIVE, SUITE 100
SAN DIEGO, CA 92130

TODD CURRY, ESQ.
CURRY & ASSOCIATES
525 B STREET, SUITE 1500
SAN DIEGO, CA 92101

DRAKE INVESTMENTS Ltd.
c/o DUDLEY COTTINGHAM
CENTURY HOUSE
16 PAR DE VILLE ROAD
HAMILTON HM08 BERMUDA

LIGHTSTORM INTERNATIONAL, INC
7 GYMPIE WAY, SUITE 4
WILLETTON WA 6155

CMG HOLDINGS, LLC
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON DE 19801

CMG HOLDINGS, LLC
c/o CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON DE 19808

CMG HOLDINGS, LLC
c/o MICHAEL CROW
420 LEXINGTON AVENUE, SUITE 450
NEW YORK, NY 10170


CMG HOLDINGS, LLC
c/o MICHAEL CROW
465 BRICKELL AVENUE, UNIT 2302
MIAMI, FL 33131

GENESIS TODAY, INC.
14101 WEST HIGHWAY 290, SUITE 1900
AUSTIN TX 78737

GENESIS TODAY, INC.
c/o BILL DUNCAN
12919 SOUTHWEST FWY, SUITE 138
STAFFORD, TX 77477-4113

GENESIS PURE, INC.
14101 WEST HIGHWAY 290, SUITE 1900
AUSTIN TX 78737

GENESIS PURE, INC.
c/o CAPITOL SERVICES, INC.
1675 SOUTH STATE STREET, SUITE B
DOVER, DE 19901

CLYDESDALE PARTNERS II, LLC
201 SPEAR STREET, SUITE 1150
SAN FRANCISCO, CA 94105-1662

X **BY MAIL**: I placed a true copy in a sealed envelope addressed to the parties as indicated above, on **August 31, 2012.** I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **August 31, 2012** at San Diego, California.

/s/ Natasha Huitt
______________________________
Natasha Huitt