CSD3038
04/05

# United States Bankruptcy Court
## Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

| Michael Wayne Crow<br><br>Debtor(s) | BANKRUPTCY NO. | 10–00978–LT7 |
|---|---|---|
| Gerald H. Davis<br>P.O. Box 124640<br>San Diego, CA 92112–4640<br><br>Plaintiff(s) | ADVERSARY NO. | 12–90030–LT |
| v.<br><br>M.W. CROW FAMILY, L.P.<br><br>Defendant(s) | | |

## NOTICE OF INTENT TO DISMISS ADVERSARY PROCEEDING

## WITHOUT PREJUDICE FOR WANT OF PROSECUTION

TO ALL PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that for the reason(s) listed below, this adversary proceeding will be dismissed without prejudice.

**More than three months have elapsed since the last action was taken in this adversary proceeding.**

**YOU ARE FURTHER NOTIFIED** that such inactivity is grounds for dismissal of this proceeding pursuant to Local Bankruptcy Rule 7041–2; and that the above–entitled adversary proceeding will be dismissed without prejudice on the twenty first day following the date of service of this notice unless Plaintiff takes action during the twenty–one day[1] period either by filing the appropriate order or judgment or by noticing the matter for hearing.

You may obtain a hearing date and time by calling the Courtroom Deputy at 619–557–6018.

Dated: 2/25/13              Barry K. Lander
                            Clerk of the Bankruptcy Court

[1]If you were served electronically or by mail, you have three (3) additional days to take the above–stated actions.