Richard C. Norton, Esq. (Cal. Bar No. 135024)
NORTON MOORE & ADAMS, LLP
525 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-8200
Facsimile: (619) 231-7595

Attorneys for Gerald H. Davis, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MICHAEL WAYNE CROW,<br><br>    Debtor.<br><br>_____<br><br>GERALD H. DAVIS, TRUSTEE,<br><br>    Plaintiff,<br><br>v.<br><br>M.W. CROW FAMILY, L.P., a California limited partnership; et al.,;<br><br>    Defendants. | CASE NO. 10-00978-LT7<br><br><br><br><br><br><br>Adversary No. 12-90030-LT7<br><br><br>**PLAINTIFF'S STATUS REPORT REGARDING ADVERSARY PROCEEDING**<br><br><br><br><br>Dept: Three<br>Honorable Laura S. Taylor |

Plaintiff, Gerald H. Davis, Chapter 7 trustee, submits the following Status Report relating to the above-captioned adversary proceeding in response to the Notice of Intent to Dismiss Adversary Proceeding Without Prejudice For Want of Prosecution, in relation to Michael Crow only ("Notice to Dismiss"), filed and served by this court on August 5, 2015 (Docket No. 48), with the opposition deadline being confirmed as August 31, 2015 (See Docket No. 50).

**1.    DEADLINE TO RESPOND IS SET.**

Negotiations for settlement between the sole remaining defendant, Michael Crow, and the plaintiff, the trustee, have proven to be unsuccessful.

Plaintiff has provided Mr. Crow with the deadline to file his responsive pleading by no later than **September 28, 2015.**  Depending upon the response filed by Mr. Crow, the trustee will either schedule a notice of status conference or will a hearing for prove up of a default judgment against all defendants.

Therefore, commencing September 28, 2015, the claims against Mr. Crow shall be litigated accordingly.

**2.    STATUS OF THE DEFENDANTS.**

**A.    Remaining Defendants.**

This Adversary Proceeding is currently pending against the following defendant:

(1)    MICHAEL W. CROW, an individual and the debtor in this matter; and

**B.    Defaulted Defendants.**

On August 31, 2012, pursuant to the request of the trustee, this court entered default against the following seventeen (17) defendants:

(1)    M.W. CROW FAMILY, L.P., a California limited partnership;

(2)    DUNCAN CAPITAL GROUP, LLC, a Delaware limited liability company;

(3)    DCI MASTER, LDC, a Cayman Island corporation;

(4)    DUNCAN CAPITAL PARTNERS, LTD, a Cayman Island corporation;

(5)    DUNCAN CAPITAL PARTNERS, LLC, a Delaware limited liability company;

(6)    DC ASSOCIATES, LLC, a Delaware limited liability company;

(7)    DCI MASTER LDC, LLC, a Florida limited liability company;

    (8)    BILTMORE INVESTMENTS, LLC, a Nevada limited company;

    (9)    EDEN MARKETING, LLC, a Nevada limited liability company;

    (10)    MC2 SQUARED, INC., a Nevada corporation;

    (11)    BILTMORE INVESTMENT GROUP, LLC, a Florida limited liability company;

    (12)    THE CORSAIR GROUP 1, Inc., a Florida corporation, doing business as The Corsair Group;

    (13)    DRAKE INVESTMENTS LTD., a Turks and Caicos entity of unknown form;

    (14)    CMG HOLDINGS, LLC, a Delaware limited liability company;

    (15)    GENESIS TODAY, INC., a corporation of unknown form and origin;

    (16)    GENESIS PURE, INC., a Delaware corporation;

    (17)    CLYDESDALE PARTNERS II, LLC, an entity of unknown form and origin; and

    (18)    MICHELLE CROW, also known as Michelle Wasserman.

## C.     Settled Defendants.

In September 2012, the trustee entered into settlement agreements with the following defendants:

    (1)    DAVID LEHN, TRUSTEE for The Crow 2001 Children Trust created October 31, 2001, for the benefit of Michelle Lee Crow, Olivia Trevor Crow, Spencer Michael Crow, Duncan Howard Crow;

    (2)    MOSD HOLDINGS, LLC, a Delaware limited liability company;

    (3)    LIGHTSTORM INTERNATIONAL, INC.; an entity of unknown form and origin;

    (4)    VATCHE CHORBAJIAN, an individual;

1     In June 2014, the court entered it order (Docket Nos. 41 and 242) approving the settlement

2 agreement between the trustee and the following defendant:

3         (5)    TREVOR CROW, an individual;

6         NORTON MOORE & ADAMS
Limited Liability Partnership

8         /s/ Richard C. Norton

9 Dated: August 28, 2015     By:_____
        Richard C. Norton
10         Attorneys for Gerald H. Davis, Trustee

PLAINTIFF'S STATUS REPORT REGARDING ADV. PROC.

**PROOF OF SERVICE**

I, Madison Nees, declare that: I am over the age of 18 and not a party to the within action; I am employed in the County of San Diego, California where the service occurs; and my business address is 525 B Street, Suite 1500, San Diego, California.

On August 28, 2015, I served the foregoing document(s) described as:

**PLAINTIFF'S STATUS REPORT REGARDING ADVERSARY PROCEEDING**

on all interested parties to this action by placing true copies thereof enclosed in sealed envelopes addressed as shown below:

United States Trustee
402 West Broadway, Suite 600
San Diego, CA 92101

Todd Curry, Esq.
Curry & Associates
525 B Street, Suite 1500
San Diego, CA 92101

 X  **BY MAIL**: I placed a true copy in a sealed envelope addressed to the parties as indicated above, on **August 28, 2015.** I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **August 28, 2015** at San Diego, California.

/s/ Madison Nees

_____
Madison Nees